COURTLAND L. HUNGERFORD, Respondent, *v.* HANNAH M. BENT, Appellant.

(Argued October 26, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order

made October 1, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Edmund L. Pitts* for appellant.

*John J. Ryan* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____